UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW BUGAJSKI

    Plaintiff,

v.                                          CASE NO.

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant University of South Florida Board of Trustees ("USFBOT" or "defendant"), by and through its undersigned counsel, hereby gives notice of the removal of the above-styled action to the United States District Court for the Middle District of Florida, Tampa Division. As grounds for removal, USFBOT states as follows:

I.

### INTRODUCTION

1.    This action is being removed pursuant to 28 U.S.C. §§ 1331, 1441 (a) and (c), and 1446(a), (b), and (c). On April 27, 2022, Plaintiff Andrew Bugajski

("Bugajski") filed a Complaint against defendant in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida. The action, styled *Andrew Bugajski v. University of South Florida Board of Trustees*, was assigned Case No. 22-CA-003485 (hereinafter referred to as the "Circuit Court Action").

2. Defendant was served with a copy of the Summons and Complaint on August 25, 2022. Accordingly, pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed. A copy of the Complaint is attached as **Exhibit "A."**

3. In the Complaint, Bugajski, a former employee of USFBOT, asserts that USFBOT violated Title VII of the Civil Rights Act of 1964 ("Title VII") and the Florida Civil Rights Act of 1992 ("FCRA"), Chapter 760, *Florida Statutes*.

## II.

## PREREQUISITES TO REMOVAL

1. Written notice of the filing of this Notice of Removal has been given to all parties in this action, and a copy of the Notice of Removal will be filed promptly with the Clerk of the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

2.  A true and legible copy of all process, pleadings, orders, and other papers or exhibits of every kind on file in the Circuit Court Action is attached as **Composite Exhibit "B."**

### III.

### VENUE AND FEDERAL QUESTION JURISDICTION

1.  Venue is proper in this Court because the action is being removed from the Hillsborough County Circuit Court which lies within the Middle District of Florida. *See* 28 U.S.C. §§ 1441(a) and 1446(a)

2.  Because the Complaint alleges claims arising under 42 U.S.C. § 2000e, *et seq.*, this is a civil action arising under the laws of the United States over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331.

3.  Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over the state claims asserted against USFBOT in the Circuit Court Action because, as pleaded, these claims are so related to the claims over which this Court has original jurisdiction that such claims form a part of the same case or controversy under Article III of the United States Constitution. Accordingly, removal of this action is appropriate pursuant to 28 U.S.C. §§ 1441(a) and (c).

ACTIVE 65836295v1

## IV.

## CONCLUSION

WHEREFORE, defendant University of South Florida Board of Trustees removes the above-styled action now pending against it in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.

Dated: September 1, 2022

                              Respectfully submitted,

                              /s/ Richard C. McCrea, Jr.
                              Richard C. McCrea, Jr.
                              Florida Bar No. 351539
                              Email: mccrear@gtlaw.com
                              Cayla McCrea Page
                              Florida Bar No. 1003487
                              Email: pagec@gtlaw.com
                              GREENBERG TRAURIG, P.A.
                              101 E. Kennedy Boulevard, Suite 1900
                              Tampa, FL  33602
                              Telephone:  (813) 318-5700
                              Facsimile:  (813) 318-5900
                              Attorneys for Defendant
                              University of South Florida Board of Trustees

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 1, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Christiane L. Nolton, Esq.
SQUIRES & RYAN, PLLC
100 South Ashley DriveSuite 600
Tampa, Florida  33602
Email: christiane@squiresryan.com

/s/ Richard C. McCrea, Jr.
Attorney